IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:22CR3148** |
| vs. | |
| BUONGKHOY DANIEL WAL, and XAVIER LLOYD GARY, | **ORDER** |
| Defendants. | |

Defense counsel state they need additional time to review discovery and communicate with their clients. After conferring with counsel for the government and for Defendants,

IT IS ORDERED:

1)  A status conference with counsel will be held before the undersigned magistrate judge at 2:00 p.m. on February 7, 2023 by telephone.   All participants shall use the conferencing information provided by the court to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference.

2)  The court finds that the time between today's date and February 7, 2023 is excluded under the Speedy Trial Act because although counsel have been diligent, additional time is needed to adequately review this case and failing to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 5th day of January, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge